# EXHIBIT A

## NICHOLAS P. RABAIOTTI

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| Atlantic Recording Corporation | Jewel | Foolish Games | Pieces of You | 198-481 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Don't Stop Believin' | Escape | 30-088 |
| UMG Recordings, Inc. | U2 | Walk On | All That You Can't Leave Behind | 294-631 |
| Maverick Recording Company | Deftones | My Own Summer | Around The Fur | 244-493 |
| Interscope Records | Dr. Dre | What's The Difference | 2001 | 277-983 |
| Capitol Records, Inc. | Beastie Boys | Sure Shot | Ill Communication | 213-461 |
| BMG Music | Vertical Horizon | Best I Ever Had (Grey Sky Morning) | Everything You Want | 277-868 |
| Capitol Records, Inc. | Duran Duran | Hungry Like the Wolf | Rio | 38-444 |